JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

NI HE,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER et al.,

Respondents.

Case No. 5:26-cv-06474-DFM

JUDGMENT

Pursuant to the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Petition (Dkt. 1) is DISMISSED as an abuse of the writ. Petitioner's sole claim, that due process required advance notice and an opportunity to respond before her August 11, 2026 arrest, is dismissed without leave to amend.
2. Petitioner's requests for release, declaratory relief, a prohibition on renewed detention, a compliance report, and further production of records are DENIED.
3. Petitioner's request to bar her transfer from the Adelanto ICE Processing Center during the pendency of this action is DENIED as moot.

4. This action is DISMISSED as to all Respondents.

Date: November 19, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge